JS-6 Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEREO DEL VALLE, | Case No. SA CV 13-1511 DSF (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DAVID B. LONG, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 6/20/14

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE